NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**TWELVE5 BEVERAGE CO., LLC,**
*Appellant*

**v.**

**LUXCO, INC.,**
*Appellee*

———————————————

2023-2083

———————————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 91264232.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Upon consideration of Twelve5 Beverage Co., LLC's motion for voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b) "pursuant to agreement of the parties, with each party to bear its own costs," Mot. at 1,

2                          TWELVE5 BEVERAGE CO., LLC v. LUXCO, INC.


IT IS ORDERED THAT:

(1)  The motion for voluntary dismissal is granted.  The appeal is dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

January 11, 2024
        Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: January 11, 2024